# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PR Nita Gordon, *Personal Representative of the Estate of Antonio Gordon*,

        Plaintiff,

v.

Keith Bierenga,

        Defendant.

_____/

Case No. 18-13834

Judith E. Levy
United States District Judge

Mag. Judge R. Steven Whalen

## **ORDER TO PRODUCE A PRIVILEGE LOG**

This matter is before the Court on Defendant Officer Bierenga's request to discuss the Court's October 17, 2019 Order Granting Plaintiff's Amended Motion to Compel the Production of Officer Keith Bierenga's Personnel, Employment, and Disciplinary Files. (ECF No. 51.) On November 7, 2019, the Court held a telephonic status conference on this matter. For the reasons set forth on the record, and consistent with what was set forth on the record, Defendant will turn over the requested materials no later than November 14, 2019, by 5pm.

IT IS SO ORDERED.

Dated: November 8, 2019       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 8, 2019.

     s/William Barkholz
     Case Manager